UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
                                                      :
PATRICK AUSTIN,                                       :
                                                      :
                                 Plaintiff,           :
                                                      :            26 Civ. 1078 (JPC)
             -v-                                      :
                                                      :            ORDER
C.S.L.L. REST. CORP., *d/b/a EJ's Luncheonette*, and  :
I93 LLC,                                              :
                                                      :
                                 Defendants.          :
                                                      :
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 16, 2026, Defendant C.S.L.L. Rest. Corp. ("C.S.L.L.") signed a waiver of service, making its deadline to respond to the Complaint April 17, 2026. Dkt. 8. (The time to serve Defendant I93 LLC has not yet lapsed. *See* Fed. R. Civ. P. 4(m).) That deadline has passed, and the docket does not reflect a response to the Complaint from C.S.L.L. Accordingly, the Court *sua sponte* extends C.S.L.L.'s deadline to respond to the Complaint to April 27, 2026. If C.S.L.L. once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by May 4, 2026.

Plaintiff shall serve a copy of this Order on C.S.L.L. by April 22, 2026, and file proof of such service on the docket by April 24, 2026.

SO ORDERED.

Dated: April 20, 2026
       New York, New York                    _____
                                                    JOHN P. CRONAN
                                                United States District Judge