**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————x

PATRICK AUSTIN,                                          Civil Action No. 1:26-cv-1078

       Plaintiffs,

  -against-

                                          **NOTICE OF VOLUNTARY**
                                          **DISMISSAL PREJUDUCE**

C.S.L.L. REST. CORP. d/b/a EJ'S LUNCHEONETTE
and I93 LLC,

       Defendants.

———————————————————————x

     Plaintiff Patrick Austin by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice against the above-captioned defendants.

     Dated: April 20, 2026


By: _*Gabriel levy*_____

     Gabriel A. Levy, Esq .
       *Attorney for Plaintiff*
     Gabriel A. Levy, P.C.
     1129 Northern Blvd, Ste 404
     Manhasset, NY 11030
     T: 347-941-4715
     Glevy@glpcfirm.com